**LAW OFFICE OF HEATHER J. MATTES**
105 South High Street, 3rd Floor
West Chester, PA  19382
Telephone: (610) 431-7900
Attorney Identification: 42364
hjm@hjmattes.com
BY: Heather J. Mattes

**LAW OFFICE OF ARTHUR THOMAS DONATO, JR.**
216 West Front Street, 2nd Floor
Media, PA  19063
Telephone:  (610) 565-4747
Attorney Identification: 31666
Art@artdonato.com

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **V.** | : | **CRIMINAL NO. 22-35-1** |
| **ANDREW WOLF** | : | |

## ORDER

**AND NOW,** this _____ Day of February 2023, it is hereby Ordered and Directed that Exhibits G, L and M to the Defendant's Memorandum in Aid of Sentencing be SEALED and IMPOUNDED until further order of this Court.

BY THE COURT:

_____
Mark A. Kearney
District Court Judge

| | |
|---|---|
| **LAW OFFICE OF HEATHER J. MATTES** | **LAW OFFICE OF ARTHUR THOMAS DONATO, JR.** |
| 105 South High Street, 3rd Floor | 216 West Front Street, 2nd Floor |
| West Chester, PA 19382 | Media, PA 19063 |
| Telephone: (610) 431-7900 | Telephone: (610) 565-4747 |
| Attorney Identification: 42364 | Attorney Identification: 31666 |
| hjm@hjmattes.com | Art@artdonato.com |
| BY: Heather J. Mattes | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NO. 22-35-1 |
| ANDREW WOLF | : | |

### MOTION TO SEAL

Counsel for the Defendant, HEATHER J. MATTES., ESQUIRE, respectfully moves that Exhibits G, L and M of the Defendant's Memorandum in Aid of Sentencing filed herewith on behalf of Andrew Wolf be sealed from public view. Said motion to seal is made for the following reasons:

1. Exhibits L and M contain personal psychological information of the defendant that would not ordinarily be subject to disclosure absent a release by the patient.

2. Exhibit G includes the addresses of a number of those who wrote on the defendant's behalf and shared personal information, history and relationships with the defendant.

3. Disclosure of intimate information would not serve the public interest or promote justice. Rather, it might expose those who offered it on the defendant's behalf to harassment or antagonism.

4. In order to protect the contents of the subject Exhibits, this Motion should also be sealed.

Wherefore, Defense counsel requests this Court to enter the Tendered Order for Documents to be sealed.

Respectfully Submitted,

*HJ Mattes*
Heather J. Mattes
Attorney for Andrew Wolf