IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 22-35-1 |
| ANDREW WOLF | : | |

## ORDER

**AND NOW**, this 9th day of February 2023, upon considering Defendant's Motion to seal (ECF Doc. No. 72) identified Exhibits to his Sentencing Memorandum (ECF Doc. No. 71), mindful of our obligation to ensure public access to most information absent a showing of particularized harm, and finding limited good cause to seal medical records and addresses of character witnesses given the nature of the conviction, it is **ORDERED** the Motion to seal (ECF Doc. No. 72) is **GRANTED in part** and **DENIED in part** requiring:

1. The Clerk of Court shall forthwith **UNSEAL** the Motion to seal (ECF Doc. No. 72); and,

2. Counsel for the Defendant shall, on or before **February 13, 2023**, file a Notice attaching Defendant's sentencing Memorandum (ECF Doc. No. 71) but redacting only the text in Exhibits L and M (other than the identity on the letterhead as the remainder of the reports involve medical information and diagnosis) <u>and</u> the addresses of the authors of the character letters provided in Exhibit G with no other redactions to the character letters.

_____
KEARNEY, J.