IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 22-35-1 |
| ANDREW WOLF | : | |

# ORDER

**AND NOW**, this 10th day of February 2023, upon considering the United States' Motion to seal (ECF Doc. No. 78) identified Exhibits to its Sentencing Memorandum (ECF Doc. No. 77), mindful of our obligation to ensure public access to most information absent a showing of particularized harm, and finding limited good cause to seal information identifying minor victims, it is **ORDERED** the Motion to seal (ECF Doc. No. 78) is **GRANTED in part** and **DENIED in part** requiring:

1. The Clerk of Court shall forthwith **UNSEAL** the Motion to seal (ECF Doc. No. 78);

2. The Exhibits (ECF Doc. No. 77) shall remain **SEALED and IMPOUNDED** until further Order; and,

3. The United States shall, no later than **February 14, 2023**, file a Notice attaching Exhibit B but redacting all references to the victim's name and the names of family members.

_____
**KEARNEY, J.**