**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

                        :        CRIMINAL ACTION

        v.              :

                        :        No. 22-35-2

KRAY STRANGE

80704-509

## NOTICE OF HEARING

      Take notice that the defendant is scheduled for Sentencing on March 31, 2023 at 12:00 P.M. before the **Honorable Mark A. Kearney** in **Courtroom 6B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A        interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:        Courtroom Deputy to J. Kearney
              Phone: 267.299.7688

Date:      3/13/2023

cc :            Defendant (via Defense Counsel)
cc via email:     Defense Counsel
              Assistant U.S. Attorney
              U.S. Marshal
              Court Security
              Probation Office
              Pretrial Services
              Interpreter Coordinator

crnotice (July 2021)