```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,.    Case No. 2:22-cr-00035-MAK-1
                           .
          Plaintiff,       .
                           .    U.S. Courthouse
     v.                    .    601 Market Street
                           .    Philadelphia, PA
ANDREW WOLF,               .
                           .    February 16, 2023
          Defendant.       .
. . . . . . . . . . . . ..    9:07 a.m.



    PARTIAL TRANSCRIPT OF SENTENCING HEARING - IMPOSITION OF
          SENTENCE BEFORE HONORABLE MARK A. KEARNEY
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      KELLY M. HARRELL, ESQ.
                        UNITED STATES ATTORNEY'S OFFICE
                        615 Chestnut Street, Suite 1250
                        Philadelphia, PA  19106
                        (215) 861-8646
                        kelly.harrell@usdoj.gov

For the Defendant:      ARTHUR DONATO, JR., ESQ.
                        216 West Front Street, 2nd Floor
                        Media, PA  19063
                        (610) 565-4747
                        art@artdonato.com

                        HEATHER J. MATTES, ESQ.
                        LAW OFFICES OF HEATHER J. MATTES
                        105 South High Street, 3rd Floor
                        West Chester, PA  19382
                        (610) 431-7900
                        hjm@hhjmattes.com

                        Defendant present in custody
```

Audio Operator:          KIMBERLY SCOTT

TRANSCRIBED BY:          VALORI WEBER
                         Weber Reporting Corporation
                         PO Box 510376
                         Milwaukee, WI  53203
                         (970) 405-3643


        Proceedings recorded by electronic sound
   recording, transcript produced by transcription service.

```
 1                         PROCEEDINGS

 2                (Designated portion begins at 2:01 p.m.)

 3                THE COURT:  Mr. Wolf, we've reached that stage, as

 4    I described to you in our plea hearing, that it's now my

 5    obligation under the power of -- under Article III of the

 6    United States Constitution to address what the law provides.

 7                Mr. Wolf, this is not a court of passion.  We are

 8    a country of a rule of law.  These cases and these facts are

 9    always, always gross, always offensive.  They're the kind of

10    cases that lawyers and judges have to read, put away, read,

11    put away, read, put away, because anybody that would study

12    this thing repetitively would come out with a passionate

13    response.  And this is not a court of passion.  I'm governed

14    by law, as are you.

15                And so to those who call for blood, those who call

16    for some type of -- that type of remedy, I urge you that

17    understand how Article III of our Constitution works.  I

18    don't sit as a judge of a man's heart.  That's for a deity.

19    It's not for me.  I enforce the law given to me by the

20    United States Congress and hundreds of years of societal

21    norms.  Norms that are not based upon who you love, or who

22    you prefer, or who you care for.

23                So to the extent you have ever have a thought,

24    Mr. Wolf, that anything of this has to do with the fact that

25    you perceive -- you are a gay man.  Put that out of your
```

1  head.  That has nothing to do with this.  And anybody that

2  has that idea is just wrong-headed.  They don't understand

3  how the law works.  This has nothing to do with who we love,

4  or who we ever loved.

5          Your Counsel has done a nice job in her briefing

6  about addressing the goals of sentencing, because sentencing

7  is, from the days of Leviticus, is the idea that we're going

8  to punish, we're going to punish.  Well, that's only one of

9  the goals of sentencing, and punishment is a sentence.  It's

10 appropriate.

11         But there are other goals that I have to balance

12 without passion.  But I assure you, Mr. Wolf, there's not a

13 human sitting in my seat that has a computer that can

14 disregard what happened here.  Judges are not automons.  We

15 can't put out of our head that we have children, that we

16 have children and we have friends that have suffered from

17 depression and anxiety, and that we have to address that in

18 a way that understands what both you and the children

19 addressed.  And to help me to do that, the United States

20 Congress gives us a variety of factors to consider under

21 Section -- you've heard Counsel talk about Section 3553.

22         And there are very good things in your background.

23 You were not the person who was so highly regarded in the

24 community for accidental reasons.  You earned those rights.

25 You earned those accolades.  You earned all that

1  recognition.  I don't think Springside Chestnut Hill hired

2  people who don't.  I don't know.  But it would seem to me

3  that you earned it.  And as your counsel candidly pointed

4  out pointed out to me to (indiscernible) that's what makes

5  this so hard.

6         To your counsel's argument about we're different

7  than other cases, yeah, we are much different than other

8  cases.  This is not the standard case.  It's hard for me to

9  find an analogy after spending a lot of time looking for it.

10  It's just hard.

11         There is an overlay here of vengeance that is not

12  going to be part of this court, which is why I so properly

13  reacted to the term forbidden.  If anybody thinks for one

14  shape or form, this is a preliminary event for something

15  else, this Court will make sure that we will do everything

16  in our power to ensure that justice is done today and people

17  don't come forward with appropriate, if they want

18  restitution, pursue it in a matter what United States

19  Congress prescribes, we will address it because this is not

20  about a lifetime of punishment by parents and families,

21  although all very warranted in their minds and in their

22  hearts, that's not what this is about today.

23         This begins with the nature and circumstances of

24  the offense.  Unfortunately, because you hid the fact you

25  are gay man, something you knew from a very young age, from

1   high school at least, you had to resort to something to find

2   your way out.  Unfortunately, Mr. Wolf, we see that all too

3   often.  It's a very sad event of your generation, and mine

4   and others, that I hope is not visited upon the next

5   generation.  That there was his hiding.  And this hiding

6   resorted to people in the -- what they used to call the

7   closet or in back alleys of the internet.  And so you were

8   part of that generation.

9         The star of your high school class, the

10   valedictorian, the person everybody wanted to be.  How could

11   you come out?  I get it.  It's understandable because I have

12   a context of what you went through in a sense I know your

13   age.  And so your age, as a young man, you began collecting

14   sexually explicit images of young boys since the 1980s.

15   They were found on CDs found by the FBI in their search

16   warrant.  Okay, that happens.  It is child pornography.

17         By the time you were already teaching, you began

18   to create a pretty serious interest in child pornography of

19   young boys.  You began writing stories on erotic -- erotic

20   stories, including stories of -- you know, I think counsel

21   was being careful and cautious when she (indiscernible) when

22   she described the stories as not essentially what we're

23   talking about, like some kind of, you know, Harlequin or

24   Hallmark.  These were stories of sexual assault of young

25   boys.

1          And you read on a website, and all of a sudden

2    they're stories that -- and that's fine, you can write what

3    you wish to write.  But it led you to among other people, a

4    man by the name of -- a young man by the name of Kray

5    strange from Carthage, New York.  And, boy, did you relish

6    in his fandom.  He thought you were great.

7          You began trading child porn on a platform known

8    as Telegram beginning at least as early as 2018, that we

9    know of.  There's all kinds of missing files, but at least

10   as early as 2018.  And you did sell on a near daily basis.

11         At times, you were spending almost all the night,

12   as I reviewed in these Telegram messages, all hours at

13   night, communicating these child pornography fantasies over

14   a Telegram.

15         The FBI recovered more than 15,000 messages

16   between March 2018 and your arrest, sharing your sexual

17   interest in children, trading child pornography, enticing

18   boys, produce child pornography with, among others, at least

19   two other school teachers, a youth hockey coach, a youth

20   baseball coach.

21         But this case -- and this is what really drives my

22   thinking -- those of us who see a lot of people with

23   addictions -- and I'm not Dr. Somerton (phonetic) or Dr.

24   Racket (phonetic), but we see a lot of addictions here and a

25   lot of mental health, unfortunately.  And what we've seen

1   time and time and time again, is the dopamine trigger, it

2   needs something more.  It needs more.  Okay.  Enough child

3   porn.  I need next.  I need next.  I need next.  It's how

4   people graduate from relatively -- relatively schedule --

5   relatively low level schedule I drugs to something much more

6   serious.  That's what they show us.

7           And so what you did, and what concerned -- what

8   really brings us here is that you, between May of 2020 and

9   October 7 2021, you engage Kray Strange, a young man on the

10  autism spectrum, and you developed and operated an online

11  child exploitation catfishing scheme.  You enticed minor

12  boys.  And when you say "minor," I think your counsel,

13  Ms. Mattes hit it right on the head when she said this, that

14  every case is different.  The statutes and guidelines are

15  written with one person in mind, relatively speaking.

16  Congress doesn't have the ability to contract -- concept all

17  the -- conceive all the problems.

18          But you -- you weren't minor boys.  Like minor

19  boys are 16.  Minor boys are 17.  These weren't minor boys.

20  These were in some cases, five -- you know, 9-, 10-year-

21  olds.  They weren't 16-year-olds, they were minors.

22          But you went beyond -- this is what I concerned,

23  raising your graduation, you went beyond just accepting the

24  pictures and looking for pictures, which, by the way, your

25  counsel I'm sure has told you, is a federal crime in and of

1   itself that you're not charged with essentially today.

2   Okay.  I have a lot of people we sentence just for

3   collecting these pictures.

4          But that wasn't enough for the dopamine hit.

5   Nobody use the word OCD.  But boy, this looks like OCD to

6   me.  It looks like more, more, more, more.  You began

7   obsessively and compulsively following, you need to get

8   this, you need to get this, and you grew to such an extent

9   that you thought you could have the boys self-produce

10  sexually explicit images and send them to Strange, and then

11  to Wolf, to you, over the internet.

12         You engaged in almost daily online communications

13  with each other, you and Mr. Mr. Strange, using an end-to-

14  end encrypted internet-based messaging application and

15  developed and carried out this catfishing scheme.  All this

16  is on your cell phone.  All this is on your cell phone when

17  the FBI came to talk to you and you said that's all you've

18  done.  Conversations amounted to over 4200 pages of

19  communications, over 27,000 messages.  Of the approximately

20  4,000 image files exchanged between you and Strang --

21  Mr. Strange, many of the files appeared as empty files,

22  meaning, they were deleted by one of the parties, cannot be

23  retrieved, as counsel just told me.  But of the 500 image

24  files between you and Strange, approximately 250 those files

25  clearly depicted child pornography.

1           Okay.  So you collect and gather and distribute

2   child pornography.  That's a federal crime.  You go to jail

3   for many years for that.

4           But then -- but then, we graduated.  You began

5   discussing catfishing or baiting.  You know, until this

6   case, I didn't really know what catfishing was.  I've heard

7   expression; I didn't know what it is.  Now I know what it

8   is.  You would bait, is the right word for it, and it's used

9   to send the Telegram messages, your own miner boy students

10  this Springside Chestnut Hill.

11          In August of 2020, you began providing Mr. Strange

12  with known social media handles for some of your students.

13  And with Strange also focused on students in social media on

14  Zone.  We heard about the boys -- I read about the boys in

15  the Little League World Series.  I've read about the other

16  athletic boys.  There is a charge for you for conspiracy.

17  That's the charge.  With all due respect to the boys who

18  were taken here, that's the charge that's much bigger in my

19  mind.  You were -- but for the brazen email, the SCH.org.

20  website email, you were well on your way.  I don't know when

21  SCH came back to school after the pandemic, but I think -- I

22  share the United States concern from its counsel that this

23  would have graduated to something more because that's the

24  way you were going.  There are people repeatedly -- I agree

25  with Ms. Mattes -- there are people that stop at certain

 1   things. But that wasn't what you did.

 2          Mr. Strange used a fake online persona to entice

 3   the boys to send sexually-explicit images themselves.  You

 4   went so far on August 18, 2020, just a month or so in

 5   dealing with Strange, to not only get your students, but to

 6   reference a cute younger brother who did not go to your

 7   school.

 8          To the parents, the mother of Minor Number 5, you

 9   don't know all the facts, I don't think.  But you touched

10   upon it that those who had brothers were a particular risk.

11   You bragged -- you bragged.  I -- as much as I respect Ms.

12   Mattes and her considerable argument skills today, I

13   disagree with the term, and always disagree with the term

14   locker room talk, trash talk.  I don't care who you are, who

15   you think you are.  When you're talking about, I would love

16   to see my eighth graders fuck our fifth graders, that's

17   beyond trash talk.  And then you paired them up by names.

18          You told Strange on September 16, 2020 -- but you

19   were sort of delaying, right.  Here's your little boy, your

20   little fan, and he's delaying in getting you information,

21   and all of a sudden you turn bossy.  You say it's time for

22   you to make my students a priority, then exclamation point.

23   It's okay.  Strange said he was busy.  Hey, my students.

24          Isn't it curious, I respect your intellect to such

25   an extent, Mr. Wolf, that I know you use words, and you know

1  what they mean.  It's interesting, you said my students, my

2  eighth graders and our fifth graders.  The "our" is a

3  community the trusted you.  But they were never my eighth

4  graders, were they?  They were never your eighth graders.

5  There's were their eighth graders.  There's a brazenness.

6  There's an arrogance there that became so obvious as we go

7  on here.  Pride goeth before the fall.

8          And so you said to him to not make any errors with

9  my students.  You have to be on your A game.  This is very

10  important.  You know why, because you know these are really

11  smart young men that are fortunate to attend a very good

12  school.  You also know that some of these men are smart

13  enough (indiscernible) get involved.  They're not going to

14  be enticed by the picture of a sexually-explicit young lady

15  you stole off the internet.

16          It struck me, Mr. Wolf, as articulate as you are,

17  you never apologized, nor did you recognize the fact that

18  you were viewing pornography of young ladies.  You know,

19  people go to jail for a long time for that, and yet, you

20  just look right by that.  That in itself would send you to

21  jail.

22          I don't know Mr. Strange.  I've only met him once.

23  I'll see him again a couple months, or six weeks or so.  You

24  told Strange how to get the hold of these people.  You sent

25  instructions and passed them along to the victims regarding

1    sexually-explicit images you wanted the students to create.

2    You were the director.

3           Your counsel, very skilled, answered my question,

4    and that was, I don't think he's a manager a leader, but I

5    do.  You directed Mr. -- you directed Mr. Strange how to get

6    the pictures.  No, he was pretty good.  He seemed to be

7    pretty talented this.

8           You use their own name.  You -- look, here's how

9    we know you're graduating.  Not only do you have Strange do

10   it, hey, I want in the game now.  I want to be Ash Hamilton.

11   This is not fun.  You're getting all the fun.  I want to be

12   in the conversations too.  It just graduates, and graduates,

13   and graduates.

14          You used your name, Ashley Hamilton, on TikTok,

15   Twitch, Snapchat, Kik, Google, and Discord.  You.  You did

16   this, not Strange.  You went looking for such sexually-

17   explicit images of young girls, 13- and 14-year-old girls,

18   those that you can entice young boys.

19          It's curious to me, Mr. Wolf, and I don't pretend

20   in any way to be -- anyway know these issues to the extent

21   you do about schools -- about boys in school, but it seems

22   to me that at some point you talk about like  let's get a

23   gay group together.  And yet -- and yet, maybe I can

24   understand that.  If we get a gay group of boys together,

25   maybe I get that.  But yet, you didn't entice the gay boys,

1  or tried to.  You tried to entice the heterosexual boys with

2  pictures of young girls that you stole off the internet that

3  are child pornography, who today that group will get paid.

4  They will have restitution from you because you used their

5  pictures.

6          And then when Strange would introduce you.

7  Strange would start a relationship with the young boys and

8  then he would introduce you as Ashley (indiscernible) the

9  conversation. Graduate, graduate, graduate.  More dopamine.

10  More dopamine.  More dopamine.  More dopamine.  I need it.

11  I need it.

12          By January of 2021, it's something I've never seen

13  before even in the biggest drug conspiracy cases I've had

14  with massive amounts of high level drugs, have I seen a

15  Google Doc with people who so sophisticated create a list of

16  victims.

17          It goes to show me -- take your counsel's point --

18  that you really are zero or one on the criminal defense

19  scale, because anybody really sells drugs, they don't create

20  paper.  They know -- they don't write anything down, right,

21  because they're going to come in front of me.  You didn't

22  think that.  You created a Google Doc of 78 names.  I've

23  seen them.  I'm glad the world hasn't seen them.  But those

24  78 names are on there.  Not only their names, you gave

25  Strange the email addresses.  You gave them their full

1   names.  You gave them TicToks.  You gave them everything.

2   And then you write "got dick, got D, got him."  You were

3   checking it off.  The United States Counsel did a nice --

4   very nice job of describing this was a game.  It's a game,

5   but it's a gradual game.

6          Remember when this was.  Everybody remember when

7   this was, right, January 2021.  We're in the middle of the

8   pandemic.  The vaccination, if I remember correctly, is just

9   starting out, right.  Some people weren't even vaccinated or

10  were starting to.  School was coming back.  Hopefully soon.

11  It confused me because I didn't go to a school that had 12

12  years of education the way SEH does.  And so it took me a

13  while to figure out how can I have students in this class

14  that graduated in the class of 2027?  How's that possible?

15  Well, I didn't realize because they're in fifth grade.

16  (Indiscernible).  So you were picking people -- picking

17  young men way out -- way out of their league, going a long

18  way to school.

19          It struck me that your ego so played a role here,

20  that your brazenness have played a role.  I wonder what

21  happened when the boys started growing up?  I just wonder.

22  How foolish, brazen are you that you would think that these

23  boys, when they reach the age of real girls being interested

24  in them and dating, et cetera.  I read one mother's letter

25  who talked about her son not dating it.  I don't think

 1  that's the issue.  But what I'm getting at is, that would

 2  have come out.  I mean, I don't know why you thought this

 3  was going to be secret.  In fact, I think the United States

 4  Attorney made a point that people knew about, or maybe

 5  (indiscernible) people knew about Ashley and -- and

 6  Strange's persona.

 7       You maintained a tally of your communications and

 8  wrote the words "got them."  Emojis, exclamation points.

 9  The Google Doc -- let's talk -- I've seen -- this is a 25-

10  page long document.  You know, I knew about your background

11  (indiscernible).  There it was.  Boy, you had it all graphed

12  out for us.  And then you kept it.  Brazen.  Brazen.

13       I made a reference earlier, I want to make sure

14  everyone understands what I said.  The facts were that you

15  began to communicate with your students, ask them to send

16  you pics and videos for 50 to $100.  So now that becomes

17  prostitution in some ways.  You're asking them to do

18  something for money.  And you were paying with a PlayStation

19  card, asking them for pics with another boy.  Negotiating --

20  negotiating with one of your students for a pic of a boy

21  naked and ejaculating.  Look, put aside all you wrote about,

22  you're not paying for someone.  You wrote the word "jack

23  off" on camera in a video that you'll pay for.

24       When the boys did not respond, or they cut you off

25  because they -- their conscience caught up with them or

1   whatever, or they grew up, and you cut them off, or they cut

2   you off, you kept pushing Strange.  In June 2021, just

3   months before you were caught, you realize one of the boys

4   (indiscernible).  You said, I guess you have to keep going

5   back, keep trying the boys every so often.  Go back for

6   them.  Maybe they'll change their mind.

7           When they stopped, Minor 3 blocked your emails.

8   You told Strange -- this is really something -- you told

9   him, maybe you should leak the pictures to his friends.  And

10  you tell Strange, "Your extortion makes me so hard, dude."

11  You're a respected teacher.  I'm not even going to say what

12  dude means, but I don't know what you think extortion is.

13  But in our world, it means something.  In your father's

14  world, it means something.  In the world you know about, it

15  means something.

16          You expressed interest yourself then.  And I agree

17  with the United States, and I disagree with your counsel, as

18  articulate as they are, that this is all trash talk or the

19  talk of a brazen man to talk -- you know, you are not that

20  guy, Mr. Wolf.  Everything you sent your goal to, you went

21  and got.  You are an enormously accomplished person at your

22  age, from a young age.  Your parents are rightly proud of

23  other than this conduct.  And you said, among other things,

24  you wrote to another school teacher, whose name I'm going to

25  publish all over the place, out in Bunag, B-u-n-a-g.  3392

1   messages to him.  He's a school teacher.  And you are

2   watching one of his videos that he was having sex with a 13-

3   year-old.  His student.  You said, "You are so lucky.  I

4   want to see more.  I really need a 13-year-old.  I really

5   need to find 13-year-old to fuck."

6         Don't tell me.  Don't -- don't insult the

7   intelligence of a person who knows what words mean to say,

8   like you, who was so careful in the rest of your life, that

9   you didn't mean that.

10        You told the same Mr. Bunag that you had

11  masturbated out of students' view a few times on the video

12  call with students during the pandemic.  That you'd be on a

13  Zoom call with them and you'd be masturbating while they

14  were talking.  Not here yet.  I got it.  Your counselor's

15  right.  No touching.  Not yet.

16        But January 6, 2020, you send photos of boys

17  described as third and fourth graders, you described as

18  quote, "worth raping.  Worth raping."

19        In virtual classes, you told your Telegram

20  associates, you gave assignments to students make videos

21  themselves, which you then would distribute on Telegram.

22  You coordinate a one-on-one meeting with a student at

23  nine p.m.  I don't know if it's one of these parent

24  students. This is just amazing to me.  You feel quote, "very

25  naughty." Your words, I read it.  "Very naughty."  Because

1  you're supposed to meet them after five p.m.  That's very

2  naughty. But you said it was fun to watch them in the room

3  where they jack off.

4          You told Strange on November 12, 2020, you got

5  horny in class just watching a boy over Zoom.  You watched

6  him and started touching yourself.  These things are not --

7  you're not being prosecuted, you're not being guilty, but to

8  tell me we are not graduating, is to insult anyone's thought

9  process here.

10          You told the gentleman known as Mr. Pickles, who

11  now I know is Mr. Gasco (phonetic), and another person, that

12  on overnight chaperone trip, you stole his underwear.  And

13  maybe another boy.  You masturbated in another boy's

14  underwear, and you put the masturbated boy's underwear --

15  you put the underwear back into the boy's child bag while

16  they're camping.  I don't know if that's true or not.  You

17  said it.  You said it.  And I'm not suggesting -- I'm not

18  suggesting that it happened.  All I'm saying is, to say to

19  me that you were not graduating in your intent, it's just

20  not possible.

21          Then you involve the parents.  You're arranged

22  that Strange uses persona Alex Zampini, to have one of your

23  students excuse himself from your class to go to the

24  bathroom and send Alex Zampini a sexually-explicit image.

25  While you're in (indiscernible), Strange would send a

1  message to a boy -- this is -- I don't know what SCH does,

2  but apparently in this class -- or this might be on Zoom, I

3  -- no, it's in class -- apparently in class you can get --

4  you go and you get messages I guess.  You can't do that in a

5  courtroom, but apparently in his class you can.  And the

6  student refused to do so.  Good for him.  Because you wanted

7  to see -- you wanted the boy to go to the bathroom,

8  masturbate, and you think about it, knowing he's

9  masturbating while he's supposed to be in your class.

10          A few days later, you met with the same student's

11  parents to discuss strategies on improving his grade.  That

12  great parent-teacher meeting.  You suggested to Strange, I

13  had a hot idea.  Not an idea, I have a hot idea.  I'm going

14  to introduce this boy to me.  You introduce this boy to me

15  as Ashley -- in other words, Strange, introduce this boy to

16  me as Ashley -- shortly before that meeting, and I could

17  have him show off to me during virtual class, maybe my own.

18          Okay.  You knew how to groom.  The word we use in

19  this area is called grooming.  People rarely sexually

20  assault people without knowing them.  Doctor after doctor

21  after doctor have told us that.  You don't -- you very

22  rarely, except for assault cases, go up and just sexually

23  assault somebody you know.

24          So you groom them.  That's what they call it.  You

25  touch them.  You touch their hair.  You rub their shoulders.

```
 1    You knew one of them.  You mentioned to Strange that you're
 2    grooming them.  You're touching them -- this one boy,
 3    because it's working to your advantage.  This certain boy
 4    does not have an older brother, kind of acting in that role.
 5           You then went to work.  And the allegation is you
 6    touched another boy's tummy.  You told him he had great
 7    pelvic muscle.  You said I'm not even sure that is a thing.
 8    You just made it up.  I told him I coach middle school kids,
 9    and it's important to have strong pelvic muscle.  I couldn't
10    believe it.  This is your words, not mine.  I couldn't
11    believe it.  But he just trusts me.  Which is exactly why
12    it's illegal.
13           And then the words 00 next word is the telling
14    word.  Exactly why it is illegal.  Ha ha.  Ha ha.  To
15    manipulate a kid.  To manipulate a kid.  No pics, but I put
16    my hand on his waistband, and I, quote, "accidentally," end
17    quote, "brushed my hand over his dick."
18           You exchange communications with Mr. Pickles where
19    you shared pictures of your students with him.  He's an
20    elementary and middle school teacher, a youth hockey coach
21    in San Diego and Dansko began communicating with Strange.
22    Again, he picks the two-year students engaged in sexual
23    conduct with each other.  I share Mother Number 5's concern.
24    I don't know where these picks are.  I'm going to make sure
25    that penalty goes to that exploit -- the child exploit --
```

1   the National Fund because I'm afraid, I'm afraid that some

2   of these children may not come forward in this case, and

3   maybe they can recover somewhere else because they are

4   victims.   Their pictures are out there.   Let nobody think

5   that those pictures aren't out there.   They haven't been

6   recovered.   They're out there somewhere.

7           You also communicate with James Bowers, Jr.

8   (phonetic) and share images of your students with Bowers

9   before they discuss -- this is interesting -- how Strange

10  should respond after learning of your arrest.

11          MS. HARRELL:  And, Your Honor, I'm sorry to

12  interrupt you.  But just to be clear, Mr. Wolf, we don't

13  have any evidence he communicated with Mr. Bowers.

14          THE COURT:  Oh, I'm sorry.  Mr. Strange did.

15          MS. HARRELL:  That's Mr. Strange.  Yes, Your

16  Honor.

17          THE COURT:  I'm sorry, I meant Mr. Strange.   Ms.

18  Strange -- I'm sorry -- Mr. Strange exchanged communication

19  and he was wondering how he should communicate --

20          MS. HARRELL:  Yes.

21          THE COURT:  -- after the arrest.  Yeah, I'm sorry.

22  I said Strange exchanged communication.  I misunderstood I

23  said you.  Mr. Strange.  Thank you.

24          So now I turn from that horror story to who you

25  are.  And you're 42 years old.  You're born and raised in a

1   loving home by your mom and dad.  Dad's now retired after a

2   very successful career as an attorney.  You're very close to

3   mom and dad.  You're happy in life, a privileged life, a

4   family-oriented life.  Vacations.  You talked about it; how

5   great your life was.  You went to a very good public school,

6   a fantastic college.  You excel everywhere.

7            You have a sister in Warrington with two

8   daughters.  I recall them one references somewhere where you

9   said, I'm glad about -- I hope my daughter is not a man or a

10  boy, you know.  So am I.  And I'm glad that your sister has

11  two daughters.  Your sister has been kind enough to see to

12  tell us that she will open her home to you upon your

13  release.

14           You have paternal half siblings.  An attorney in

15  Maryland who did not contact you after the arrest, and half

16  sibling Jennifer in the Netherlands.  You have a close

17  relationship with Jennifer.  I read one of her letters to

18  you -- to us.

19           I read all the letters, and they all tell the same

20  story.  They all tell the same story, that if I sort of put

21  blinders on for what happens at night, or what happens in

22  the classroom.  I can't do that. I can't do that.  But you

23  got away with it for a lot of years.

24           First in your high school class, valedictorian,

25  graduating in 2002 from Cornell.  You lived at home for a

1    couple years before you graduated.  You were working at

2    Abington High School, at your school district from 2002 to

3    September 2004.

4              You worked in Amsterdam in engineering you're your

5    graduation.  But you said it's not for you.  You want to

6    come home and teach.  I agree with you, Mr. Wolf.  I don't

7    have any evidence that you went looking for a job where

8    you'd be around these boys.  I don't see that.

9              But what I do see is that -- as you said, is that

10   -- kind of somewhat ironic or funny or -- not even funny,

11   sick -- that you ended up in a place like that.  And if all

12   you have in your mind was your preference for little boys,

13   that would be a different day.  Right.  I don't know how

14   many people teach schools and have those preferences.

15   That's not my business.  That's okay.  It's acting upon it.

16   Acting upon it.  And then my fear is acting upon more of it.

17   I'm not (indiscernible) my fear of it, but it goes into my

18   idea of deterrence.

19             You were in every shape and sense of the word, a

20   model of what we want our students to be.  You even went to

21   Arcadia University with a 391 GPA and got a teaching

22   certificate.  You wanted to be teacher.  Thank you.  Thank

23   you when our best and brightest want to teach.

24             I saw your salary.  Right.  Thank you.  Because I

25   know what a man like you with your education could earn in

1   the marketplace.  So we thank you for that.  And your

2   counsel's absolutely right.  We cannot ignore your public --

3   what you've done for our public, the way you've educated,

4   the way you've taught, besides what has happened here.  That

5   is not -- I don't -- and I play that.  And by the way to cut

6   the drama, there is some grounds for variance here.  It

7   doesn't -- because first of all, because -- because it's not

8   part of any variance from 2800 months.  But there's also

9   grounds -- because I am mindful of who you are.

10          This is not conduct that's -- it is not

11  (indiscernible) exceptional for you, you did this for years,

12  but it is conduct that is the exception to your role of your

13  life.

14          You are the unique person that comes before me

15  with so much given to you, that your parents worked so hard

16  for. I greatly appreciate your remorse today, sir.  I didn't

17  hear -- I agree with mom, but I didn't hear remorse last

18  time.  Maybe you weren't -- and your counsel was candid with

19  me that he didn't quite -- that you come around.  But I

20  heard today, at least as to the boys and their families and

21  the SCH community, maybe not so much to the girls and the

22  other boys.

23          But you are unique also in that because of your

24  father's hard work and your hard work, you've amassed quite

25  a wealth.  As of a week ago -- and I asked counsel when we

 1   started, as those financial statements still accurate. About

 2   a week ago, you had a net worth of over $2.1 million. We

 3   will watch that.  Not me.  The United States Attorney has

 4   very talented financial people will watch that.  If things

 5   start happening that money, we're all going to be back in

 6   here.  And people who help you doing that will be back in

 7   here with me.  Because we're going to make sure that money

 8   doesn't start moving.  Hundreds of thousands of dollars in

 9   your name in money market accounts, in Bitcoin certificates

10   of deposit.  You sold your house while incarcerated and

11   placed the proceeds in trust for your daughter.  And your

12   dad now holds a general power of attorney diminishing your

13   financial affairs.  So for whatever your dad may think or

14   do, he steps into your shoes for financial matters, and if

15   something happens to that funds, we will be -- there may be

16   an accounting.

17          Compare this conduct to who you are though.  I

18   mean, this is a guy that everybody told me we showed -- you

19   when you couldn't wait to have the baby.  People and their

20   parents gave you their kids' clothing.  They brought you

21   presents for your baby.  I'm not going to mention her first

22   name, but C.W.  You brought it.  You paid a lot of money for

23   a surrogate agency.  She lit up your life.  Everything I

24   heard is she was -- you were a doting father.

25          I don't think by the way, you're going to have to

1  worry about your daughter.  Your daughter's very young, and

2  it's up to your sister and your parents how they raise her.

3  But I'm not so worried about the fact that she's going to be

4  embarrassed by you or -- because I don't know what she'll

5  know.  That's not my problem.  It's not like you're getting

6  out of prison while she's a young woman.  She's going to be

7  much an adult.

8        You've not been married.  You've had -- you had

9  you had a male friend in college, you had a physical

10 relationship.  You're self -- describe yourself as very

11 strong physically.  You have no history of mental illness or

12 emotional issues as a child.  And I agree with mother Number

13 5, isn't that unique, right, that you have no diagnosis of

14 mental illness right by any of the doctors, some depression

15 -- depressive episodes, but, you know, no OCD.  No --

16 nothing that shows us this would happened.

17        Dr. Atkins, your doctor, concludes you are and

18 always won't be attracted to minors.  It's neither curable

19 or treatable.  Okay.  That's not a crime.  But your conduct

20 has severely impacted.  I only heard from Mother 5, but I

21 heard letters from several others, and I want the record to

22 reflect I read all those letters.

23        I'm particularly moved by Minor Number 1, who I

24 understand is the -- one of the older ones, if I'm reading

25 it correctly.  And Minor Number 1 tells a remarkable story,

1   a story that rings all too true.

2           You may not know this, Mr. Wolf, but I was a child

3   advocate as a lawyer.  And I represented a lot of people

4   that were abused by their parents.  And time and time and

5   time and time and time again, the parents would blame the

6   kid for the teacher's conduct.  And Minor Number 1 gives me

7   an indication of that.  How could it be Andrew Wolf?  What's

8   going on?  What's wrong with you?  You're a loser.  You're a

9   drug addict.  You didn't believe that.  You built them up,

10  to your credit, had you just stopped there.  Had you just

11  stopped there.  That's what a teacher does.  When their

12  parents beat down their confidence, you build it up, and you

13  did that.

14          You have that issue where you keep the same

15  interest in boys.  Your interest in boys never grew into

16  men.  It's not like you turned into a gay man.  That's,

17  again, not what I'm here about.  But it goes to show that we

18  have to understand where -- what deterrence means for you

19  and what supervised release means for you.

20          Both Dr. Somerton and Dr. Atkins, both of whom I

21  take some credibility with, and others, I don't agree with

22  everything they say, I find both of them credible, and

23  reliable in part, but also I don't believe everything that

24  goes on there.  But both come out to and say that there was

25  a loneliness that you had hiding as a gay man, compounded by

1 the pandemic, and disappointment in your work that led you

2 to seek relief.  Relief in this sense being sexual conduct,

3 self -- self-satisfaction that led itself to dopamine hits

4 larger and larger.

5         But let's not kid anybody here that you knew you

6 were doing illegal conduct.  You never thought you were

7 harming the boys because you they thought you're interacting

8 with a young girl.  That's a little bit like saying the bank

9 doesn't miss the money.  They have lots of money.  Your

10 skilled counsel will tell you that still a bank robbery.

11         And what the boys thought or didn't think is the

12 intent -- that's their own issues.  And I'm sure they're

13 wrestling with it.  And hopefully, they come seek

14 restitution under 3663.  But I'm going to hope they met.

15 When I say hope, whatever they do is up to them.  But I

16 don't hope one way or the other, but they met.

17         But you -- your intent -- your intent was to get

18 them to engage in sexual acts that you could watch for your

19 own sexual self-satisfaction.  The pictures were no longer

20 enough to you.  The videos were no longer enough to you.

21 You talked about rape.  You talked about sex with 13-year-

22 olds.

23         Now, it didn't happen, and you're not here for

24 that.  Because if that were happening, your counsel was

25 right on that we wouldn't even be -- the word life wouldn't

1   even be an issue.  It wouldn't even be a question.  But

2   we're not talking life here.  We're a little bit shy of that

3   because we didn't go there.  Maybe we didn't go there

4   because you got really brazen.  You were brazen all along,

5   but man, you got brazen at the end.

6           Mr. Donato is a skilled and experienced attorney

7   and I trust his judgment.  I think -- I think -- I had the

8   same thought, Mr. Donato.  I had the same thought that this

9   is almost -- this is almost like a -- self-defeating, self-

10  destructive.  Like I'm going to send it to my work email?

11          Combined with somebody deleting emails, so

12  deleting these Telegrams.  It's kind of weird.  I don't know

13  who did that.  It could have been Strange. I'll find out in

14  a few weeks.

15          I compare all those facts, sir, into what really

16  my job is, and that is, the need to impose a sentence that

17  reflects the seriousness of the offense.  This is a most

18  serious offense.  United States Congress tells me it's a

19  minimum of 15 years per count.  So any one of them would be

20  15 years.  Any one of those boys be 15 years.  The

21  conspiracy would be 15 years.  For everyone else in the

22  country, 15 years.  Okay.  That's where we start, the

23  maximum of 30.

24          Congress, the people we elect, they set the rules.

25  They said no more than 30, Judge, per count.  Okay.  But

1   it's per count, so I've got to be mindful that.

2           This is a most serious offense.  This is among the

3   most serious offenses I can find, short of touching.  Short

4   of touching.  Your counsel is absolutely right.  We've had

5   cases where we've had adults direct activity, and then get

6   involved.  Mom tells dad to have sex with her daughter, and

7   they film it.  Yeah, in that spectrum, at least to the mom,

8   that's bad.

9           But typically, we have one victim, and typically,

10  we have it occurring over a very short period of time.  And

11  typically, we don't have the kind of escalating conduct that

12  we had here.

13          I have to afford adequate deterrence, sir.  And

14  when I consider adequate deterrence, I have to consider,

15  among other factors, both your deterrence, jail for a long

16  time going to do that, but also deterrence to the public.  I

17  don't know -- Boys Town, right?  Boys Town.  I don't know

18  Boys Town.  I don't know what it means.  I didn't look it

19  up. And I don't care to look it up, but -- no one asked me

20  to look it up -- but whoever is out there in Boys Town has

21  got to know this is happening; that there's federal judges

22  out there that they are saying, no, is not going to happen.

23  So that's the deterrence I'm talking about.

24          I'm not so worried about you, Mr. Wolf.  I agree,

25  I think you're credible with you say I'm not going to do

1   this again.  I think that brain of yours has realized I

2   can't do this.  That dopamine, it's not worth it.  But I

3   have to think about the rest of the world.  Because

4   unfortunately, there's Boys Towns out there, and

5   unfortunately, Ms. Harrell is very busy and the agents are

6   very busy.  You're not their only case.

7           I have to have respect for the law.  And in your

8   case, that weighs very much against you.  I guess why -- I

9   guess this is why this is illegal.  Yeah, you think, it is

10  illegal.  You knew it was illegal, and you went and did it

11  anyway.  You're not going to get caught.  You're not going

12  to get caught.  The boys trust me.

13          To provide just punishment for the offense, the

14  defense is not --

15          (Court addresses another party in courtroom.)

16          THE COURT:  Provide just punishment for the

17  offense means that I have to consider everything here,

18  devoid of some passion.  What is just here?

19          And to the parents and to the boys and to the SCH

20  community, I say I can't -- nothing I do today can bring

21  back what happened.  I don't have that power.  I know no one

22  that has that power.  I urge those of you who have issues to

23  start talking about it.  You know what causes the shame and

24  the stigma, you not talking about it.  Yes, wilderness.  Yes,

25  residential Schools.  Yes, long-term independent -- that

1    long-term therapy.  It's all unnecessary.  Stop hiding it.

2         Every one of these boys -- I'm not a doctor -- but

3    every one of these boys is subjected to severe trauma.  If

4    they were run over by a truck, you'd have them in a

5    hospital.  I'm not scolding you.  I'm just saying I can't

6    give you what you need.  Putting this man away for 2,000

7    months doesn't do anything for you and your boy, nor for the

8    girls whose pictures were taken, nor for the other boys

9    whose pictures were taken.  I can't do -- that's not just.

10        What's just here is your boys get treatment.  That

11   you don't lose a dime because of it.  That you come back and

12   see that money.  That's what's just.  That you get -- that

13   your boys through therapy -- and I have seen this time and

14   time again, become much more mature than anybody their age.

15   I promise they probably already are.  They know things in

16   their mind that boys their own age have no idea.  They will

17   grow up in a world that's not going to be as tempted by the

18   foibles of teenage and college years as others.  Time and

19   time again, we see that.  Maybe.  Maybe not.  But you're

20   right mom, that there's a risk that they will self-medicate

21   with alcohol and drugs.  But Mr. Wolf, can't correct that

22   either.

23        So just means something that we can do to help.

24   And I think Mr. Wolf is telling me in his very candid

25   allocution that he wants to see -- he will try to help your

1   boys without being near them, because they do need to be

2   treated.  And they need to be treated now.  They need to be

3   treated now.  Stop thinking of vengeance and start thinking

4   of your boys and the treatment they need.

5           The parents in the audience, I tell you that,

6   those of us who do these cases, read hundreds and hundreds

7   and hundreds of letters of people who are victimized by

8   this.  And every time, there's a check comes in the mail,

9   they get victimized because they relive it.  We're not going

10  to do that.  All these payments are going to be now.  Now.

11  They're going to be paid.  The money's there now.  We're

12  going to pay it now.  We're going to stop this.  We're going

13  to get these boys the treatment they need.  That's just

14  punishment.

15          Just punishment also requires a sentence long

16  beyond the minimum of 15 years.  Congress tells me a minimum

17  15 years.  I have to consider protecting the public from

18  further crimes.  I'm not so -- protect the public from

19  Defendant's further crimes.  I'm not so concerned about you,

20  Mr. Wolf, doing this again.  I think when you come out of

21  jail, you won't be able -- you won't be in the mind to do

22  so.

23          I need to consider providing educational and

24  vocational training.  That's not who, Mr. Wolf.  In fact,

25  Mr. Worf, I am -- I was so pleased to read what you're doing

1    for your fellow people, incarcerated persons.  That tells me

2    who you are, right.  This is something else.

3             And by the way, if it had been the other way, if

4    you'd gone to prison and been Angry Andrew, we'd have a

5    different story today.  It shows me who you are, but for

6    your gradual dopamine hits that led you to do something that

7    may have taken you much worse places, but took you pretty

8    far place.

9             Congress tells me a minimum of 15 to a maximum 30

10   years on each count, but I can run those counts

11   concurrently.  The guidelines tell me 2880 months.  That's

12   not going to happen.  I'm bearing down with 2880, for among

13   other reasons, because it's way overstated.

14            Counsel's made good arguments.  And counsel knows,

15   as does the United States Attorney, that many judges are

16   skeptical of child porn sentences for receipt.  That is

17   something that's in my computer, and they go away -- that's

18   60 months ago.  (Indiscernible) in the mail.  Congress will

19   address that, as will the Sentencing Commission.  So we're

20   skeptical of it.

21            This is not that case.  This is the exceptional

22   case.  This is not the case where you have rape

23   photographed.  But this is a case where we have a teacher, a

24   predator teacher.

25            I have to consider the policy statement issued by

1    the Sentencing Commission that governs this.  And one that

2    always governs this is a sentence that's sufficient but not

3    greater than necessary.  Not greater than necessary.

4    Necessary to what?  Necessary to make sure the rule of law

5    is upheld.  Make sure it's necessary for Mr. Wolf.

6              I need to avoid unwarranted sentence disparities

7    among defendants with similar records found guilty of

8    similar conduct.

9              I agree with you Ms. Mattes.  I agree with her.

10   I've read the same cases that were cited.  I saw them.

11   They're different.  But every case in this world is

12   different.  And I can't find a case like this one.  I can't

13   find a case where I have a predator teacher who's -- has a

14   Google Chart of targeted kids in his school who was

15   masturbating to those kids while he's on Zoom calls with

16   them.  Forget that.  Who's trying to entice them to show

17   them pictures of him engaged -- of the students engaged in

18   sexual conduct with their family members and others ones to

19   ejaculate on screen to get $50.  It's not possible.  It's

20   not possible.

21             Whatever they're doing in California or Hawaii or

22   wherever these other people are, send them -- this judge --

23   those judges there should know this case is an exceptional

24   one.  I don't know what those people did.

25             I need to -- so -- but the person I do consider is

1  Mr. Strange.  And, Mr. Strange, I think will have a

2  different day in court.

3           Mr. Strange, by the way, for those who are

4  interested, has a very similar guidelines and very similar

5  sentence range, but he's different.  He's not the teacher.

6  He's not the one he trusted.

7           I consider providing restitution, and we will

8  order restitution.  I disagree with United States'

9  recommendation.  I'm higher.  I don't know why -- the United

10  States is being fair to you, and that's fine.  They're not

11  always fair.  I think -- I think the people -- I think we

12  should recognize that the United States sits here today as a

13  sovereign, not as an advocate to a case.  It must recommend

14  a sentence it believes is appropriate.  Not because it wants

15  to vindication, but -- or to vindicate, but because, as a

16  sovereign, they believe this is appropriate, and they're

17  recommending $100,000.  But that's -- $100,000 is a lot of

18  money, unless you have 2.1 in liquid assets.

19           And you're right, the fact that the families have

20  not come forward with a restitution request yet after months

21  and months and months and months, maybe -- they have every

22  right to do it within the next 90 days, but it tells me that

23  maybe we should get the money out now, at least some of it.

24           And so restitution will be ordered.  Forfeiture

25  will be ordered.  Restitution under all the acts, under

1   Juvenile Act, under the Amy Act, the ADAA, under 3663 to be

2   held -- to be held in abeyance until a hearing in about 120

3   days after we get those affidavits in here from families, if

4   they wish to present.

5           There is no motion for departure for the United

6   States.  There is a motion for variance from the Defense,

7   which I have granted because of the nature of -- because of

8   the gentleman's conduct other than this conduct, and because

9   the guidelines in this case at 2880 months were overstated.

10          So having considered all those factors, Mr. Wolf

11  now turns to me to deliver sentence of the Court.

12          And as the judgment of this Court, under

13  Sentencing Reform Act of 1984, that the Defendant, Andrew

14  Wolf, is hereby committed to the custody of the Bureau of

15  Prisons to be imprisoned for a term of 250 months on Counts

16  2 through 8 to run concurrently.

17          He's also going to be sentenced to a term of 216

18  months on Count 1 to run consecutive to the sentence on

19  Counts 2 through 8.

20          On each of those on each of those two sentences,

21  you will be sentenced to a term of five years of supervised

22  release thereafter.  Thereafter, you will -- I recommend to

23  the Bureau of Prisons that you shall participate in any

24  treatment programs for sexual disorders.  Not sexual

25  disorders of who you love.  That's not what we're talking

1  about.  Sexual disorders of the nature of which you were

2  compulsed to continually try to increase your level of

3  sexual satisfaction by soliciting young boys to engage in

4  sexual conduct, so you could be self-gratifying, along with

5  your friends.  I shouldn't say friends.  Hundreds of

6  thousands of unknown people in the United States and around

7  the world.

8         In addition, while you're on supervised release,

9  you shall provide full disclosure financial records, provide

10  income returns, and all financial information.

11        You will register with all appropriate local

12  government, state and local government authorities under the

13  Sex Offender Registration Notification Act, as directed by

14  your probation officer upon supervised release.

15        You shall report to probation officer any regular

16  contact with children of either age, of either sex under the

17  age of 18.

18        You shall not -- you are prohibited for the rest

19  of your life -- well, excuse me -- the five years supervised

20  release from obtaining employment or performing volunteer

21  work, which includes any contact -- regular contact with

22  children under the age of 18.

23        You shall, under supervised release, provide your

24  computer devices for inspection by the U.S. Probation Office

25  for all investigation as they deem appropriate.

1          You shall provide a DNA sample to the Director

2    United States Probation Office.  And you shall provide --

3    and you will comply with standard conditions that have been

4    adopted by this Court.

5          There is no basis here to impose mandatory drug

6    testing on you.  That's not your issue.  You've never been a

7    drug addict.  You smoked weed a little bit, but you're not

8    drug addict.  I'll say weed cavalier.  You smoked marijuana,

9    which is a Schedule I drug.  And you drank in college, but

10   you're not -- that's not your issue.  You weren't motivated

11   by a drug.  So there's no need to have that kind of testing.

12         In addition, you will pay a fine at the low end of

13   the guidelines range of $50,000 to United States.  That's

14   the last obligation you have.

15         The first obligation you have is $800 as a special

16   assessment.  That's $100 per count.  That's due immediately.

17         The second obligation you have is under the

18   Juvenile -- get the right name of it here -- under the

19   Juvenile Justice for Victims of Trafficking Act of 2015, you

20   will pay a special assessment of $40,000 due immediately in

21   a lump sum.

22         In addition, under the Amy, Vicky, and Andy Child

23   Pornography Victim Assistance Act, and having considered all

24   those 3553 factors, including the conspiracy charge, most

25   notably the conspiracy charge, which involves other than

1   these young men before me today under the other counts, you

2   shall pay a total restitution -- mandatory restitution of

3   $150,000 due immediately.

4          I'm going to waive the cost of prosecution only

5   because of the fine.

6          In addition, we're going granting United States

7   leave under Title 18, United States Code 3663(4) and --

8   3633(A) and 3664, as well as United States Code 20 -- Title

9   18, 2259(A) and 2259.

10          To provide affidavits describing the full victim

11   -- full amount of the victims' losses incurred, or

12   reasonably projected to be incurred, by the victim as a

13   result of trafficking, depicting the victim, I would

14   thereafter order restitution in an amount which reflects

15   your role in the process that caused the victims' losses,

16   but which is no less than $3,000.  Those funds will be due

17   immediately upon that order.

18          The United States is granted leave under

19   Congressional's mandate, under Congress's mandate for 90

20   days to obtain those affidavits and move this Court for

21   modification of the Judgment Commitment Order to make this

22   award under 3663 -- 33 -- 3664 and 3663(A).

23          You will, of course, and your counsel attend that

24   session.  Nothing will be done outside your presence,

25   Mr. Wolf.

1              Any questions as to the term of sentence from the

2    United States?

3              MS. HARRELL:  No, Your Honor.

4              THE COURT:  Any questions of term of sentence from

5    the Defense?

6              MR. DONATO:  No, sir.

7              THE COURT:  Any question of term of sentence from

8    officer?

9              PROBATION OFFICER:  No, Your Honor.

10             THE COURT:  Mr. Wolf, consistent with whatever

11   rights you agreed to in your plea agreement, you have the

12   right to appeal the sentence to the United States Court of

13   Appeals.  Be mindful that the sentence in all contexts falls

14   below the mandatory -- the maximum sentence set by the

15   United States Congress and varied downward from the

16   guidelines.

17             But you have that right, sir, to do so within 14

18   days.  And if your attorneys are unable to do so on your

19   behalf, we will appoint counsel on your behalf.  Do you

20   understand that right, sir?

21             THE DEFENDANT:  Yes.

22             THE COURT:  Anything further from the United

23   States?

24             MS. HARRELL:  No, thank you, Your Honor.

25             THE COURT:  Anything further from the Defense?

1           MR. DONATO:  Nothing further, Your Honor.  Thank

2  you.

3           THE COURT:  Officer?

4           OFFICER:  No, Your Honor.

5           THE COURT:  Ms. Mattes, Mr. Donato, we thank you.

6           It's a tough case, Mr. Wolf.  No one is taking

7  pleasure today.  I wish you well.  To your family, I wish

8  you well and wish you peace.

9           Court's adjourned.

10           THE DEPUTY:  All rise.

11           (Designated portion concluded at 3:06 p.m.)

12                              * * *

13                              * *

14                    **C E R T I F I C A T I O N**

15           I, Valori Weber, court approved transcriber,

16  certify that the foregoing is a correct transcript from

17  the official electronic sound recording of the

18  proceedings in the above-entitled matter, and to the best

19  of my ability.

20

21     ___/s/ *Valori Weber*

22  Valori Weber

23

24  Dated:  March 24, 2023

25