IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 22-35-2 |
| | : | |
| KRAY STRANGE | : | |

## ORDER

AND NOW, this 28th day of March 2023, upon considering the United States' Motion to seal (ECF Doc. No. 87) identified Exhibits "B" and "C" (consisting of messaging) and "D" (victim and family impact letters) to its Sentencing Memorandum (ECF Doc. No. 89), mindful of our obligation to ensure public access to information absent a showing of particularized harm, and finding limited good cause to seal information identifying minor victims, it is **ORDERED** the Motion to seal (ECF Doc. No. 87) is **GRANTED in part** and **DENIED in part** requiring:

1. The Exhibits "B", "C" and "D" (ECF Doc. No. 89) shall remain **SEALED and IMPOUNDED** until further Order; and,

2. The United States shall, no later than **March 30, 2023**, file a Notice attaching Exhibit "D" but redacting the limited remaining references to the victim's name and the names of family members in the impact letters.

_____
KEARNEY, J.