IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| | : |
| v. | : NO. 22-35-1 |
| | : |
| ANDREW WOLF | : |

## ORDER

**AND NOW**, this 5th day of June 2023, upon considering the United States' attached Request providing us an update on the outstanding restitution considerations, mindful we are not going to set a restitution hearing involving the transportation of Defendants from around the country without knowing the issues, and further reminding the United States and victims we cannot allow double recovery pending civil remedies, it is **ORDERED** the United States shall, on or before **June 20, 2023**, either: move for the requested restitution relief with supporting evidence; or, if still unable to do so, **show cause** in a Memorandum not exceeding ten pages as to why we should not close further consideration of restitution for lack of timely evidence while mindful of the deference to the victims who have been considering these issues since Defendant's June 23, 2022 plea.

_____
KEARNEY, J.



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Kelly Harrell* | *615 Chestnut Street* |
| *Direct Dial  (215) 861-8646* | *Suite 1250* |
| *Facsimile  (215) 861- 8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address   Kelly.Harrell@usdoj.gov* | (215) 861-8200 |

May 30, 2023

Honorable Mark A. Kearney
Judge, United States District Court
6613 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  *United States v. Andrew Wolf and Kray Strange,* Criminal No. 22-35

Dear Judge Kearney,

The government respectfully writes to provide an update to the Court regarding restitution in this matter.  To date, the government has received restitution claims from 6 victims, and we have now passed our internal deadline of May 1, 2023.  Today, we provided summaries of the claims to counsel for the defendants, in order to begin restitution negotiation discussions between the parties.

The government expects to file a formal motion with the Court after ascertaining the defendants' positions on the issue.  In the meantime, the government respectfully requests that the Court schedule a restitution hearing for a date at least six weeks from now, (that is, after July 12, 2023), on a date/time consistent with the Court's calendar and the involved parties' schedules.  Please contact us if you have any questions or concerns.

Sincerely yours,
JACQUELINE C. ROMERO
United States Attorney

*/s/ Kelly Harrell*
JOSEPH MINNI
KELLY HARRELL
Assistant United States Attorneys

cc.    Arthur Donato, Esq., and Heather Mattes, Esq.
       Barnaby Wittels, Esq.
       Brian Piskai, USPO