IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 22-35-1** |
| | : | |
| **ANDREW WOLF** | : | |

# ORDER

**AND NOW,** this 7th day of July 2023, upon considering Defendant's unopposed Motion (ECF Doc. No. 107) to waive his right to appear at the August 9, 2023 hearing to determine restitution owed consistent with the February 16, 2023 Judgment and Commitment Order (ECF Doc. No. 84), it is **ORDERED**:

1. Defendant's Motion (ECF Doc. No. 107) is **GRANTED;**

2. We **VACATE** our June 23, 2023 Order (ECF Doc. No. 104); and,

3. The Warden of Marianna FCI and the United States Marshal for the Eastern District of Pennsylvania are **not** required to produce Andrew Wolf on August 9, 2023.

_____
**KEARNEY, J.**