**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

             :  CRIMINAL ACTION
  v.           :
             :  No. 22-35-2

KRAY STRANGE

80704-509 (writ issued separately)

**NOTICE OF HEARING**

  Take notice that the defendant is scheduled for a Restitution Hearing on August 9, 2023 at 10:30 A.M. before the **Honorable Mark A. Kearney** in **Courtroom 6B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:    Courtroom Deputy to J. Kearney
      Phone: 267.299.7688

Date:   7/19/2023

cc :      Defendant (via Defense Counsel)
cc via email:  Defense Counsel
       Assistant U.S. Attorney
       U.S. Marshal
       Court Security
       Probation Office
       Pretrial Services
       Interpreter Coordinator

crnotice (July 2021)